# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALTON STERLING,<br><br>    Petitioner,<br><br>v.<br><br>A. HEDGPETH,<br><br>    Respondent(s). | No. CV 08-4367-CAS (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: January 6, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE